## McGEE v. STATE.
### No. 17080.

Court of Criminal Appeals of Texas.
Dec. 12, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction was for theft of cattle; punishment assessed being confinement in the penitentiary for two years.

The record contains neither statement of facts nor bills of exception. The indictment appears to be in proper form. Nothing is presented for review.

The judgment is affirmed.

## L. J. McGEE v. STATE.
### No. 17081.

Court of Criminal Appeals of Texas.

Dec. 12, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for cattle theft; punishment, two years in the penitentiary.

Appellant pleaded guilty. There is in the record neither a statement of facts nor bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.